# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DARYL WHITE, JR., Individually and on behalf of all others similarly situated in Missouri, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>JUST BORN, INC., )<br>)<br>Defendant. ) | Civil Action No: 2:17-CV-C-04025-NKL<br><br>The Hon. Nanette K. Laughrey |

### DECLARATION OF ERIC Y. KIZIRIAN IN SUPPORT OF JUST BORN, INC.'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF MICHAEL D. PAKTER

# DECLARATION OF ERIC Y. KIZIRIAN

I, Eric Y. Kizirian, declare as follows:

1. I am an attorney duly admitted to practice in all of the courts of the State of California and I am a partner with Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Defendant Just Born, Inc. herein. The facts set forth herein are of my own personal knowledge, and if sworn I could and would competently testify thereto.

2. Attached hereto as EXHIBIT 1 are true and correct copies of portions of the transcript of the May 8, 2018 deposition of Michael David Pakter and Exhibit 6 to that deposition. On May 20, 2018, Plaintiff's counsel Mr. Christopher Moon forwarded correspondence from Mr. Pakter, confirming that the transcript appears to accurately record his testimony and informing that because he is currently out of town for work, he will formally sign the transcript before a notary public upon his return.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 20, 2018, at Los Angeles, California.

/s/ Eric Y. Kizirian
Eric Y. Kizirian

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 21, 2018, a true and correct copy of the foregoing document entitled DECLARATION OF ERIC Y. KIZIRIAN IN SUPPORT OF JUST BORN, INC.'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF MICHAEL D. PAKTER was served on all parties by operation of this Court's Electronic Filing System.

        /s/ Eric Y. Kizirian
Eric Y. Kizirian